■ THOMAS J. TROIANO, Appellant, v MARVIN BALLARD et al., Respondents. [623 NYS2d 141] —Appeal by the plaintiff from stated portions of an order of the Supreme Court, Suffolk County (Cohalan, J.), dated January 3, 1994.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Cohalan at the Supreme Court. Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.